UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER MICHAEL,<br><br>    Plaintiff,<br><br>v.<br><br><br>FOUNTAIN OF YOUTH ACADEMY OF COSMETOLOGY, LLC D/B/A FOUNTAIN OF YOUTH ACADEMY OF COSMETOLOGY, and CHERI HEROLD, in her individual capacity,<br><br>    Defendants. | Case No. 2:22-cv-1865<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

The above captioned case has been resolved. Please mark this case administratively closed at this time. Plaintiff's counsel will file a Notice of Dismissal once everything is finalized between the parties.

Respectfully submitted,

/s/ Christi Wallace
PA ID: 313721
**MKO EMPLOYMENT LAW**
429 4th Avenue, Suite 300
Pittsburgh, PA 15219
Direct: (412) 301-2702
Fax: (412) 223-4613
c@mkolaw.com

Counsel for Plaintiff