UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER MICHAEL,<br><br>    Plaintiff,<br><br>v.<br><br>FOUNTAIN OF YOUTH ACADEMY OF COSMETOLOGY, LLC D/B/A FOUNTAIN OF YOUTH ACADEMY OF COSMETOLOGY, and CHERI HEROLD, in her individual capacity,<br><br>    Defendants. | Case No. 2:22-cv-1865 |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby stipulates to the dismissal of the above-captioned action with prejudice. The case was resolved amicably. Each party will bear its own costs.


Respectfully submitted,


*/s/ Christi Wallace*
Christi Wallace (PA No. 313721)
c@mkolaw.com
MKO EMPLOYMENT LAW
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
Ph:  412-301-2702

*Counsel for Plaintiff*